IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| DURWYN TALLEY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   14-948-SCW |
| ) | |
| SALVADOR GODINEZ, DR. TROST, ) | |
| C/O FITZGERALD, UNKNOWN PARTY, ) | |
| MENARD WARDEN, JOSEPH JENNINGS, ) | |
| MARK GILLE, JACQUELINE A. ) | |
| LASHBROOK, BRIAN MINER, JEFF KORTE, ) | |
| JOHN BALDWIN and ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| ) | |
| Defendant(s), ) | |

## JUDGMENT IN A CIVIL CASE

Defendant Salvador Godinez was dismissed with prejudice on September 24, 2014 by an Order entered Chief Judge Michael J. Reagan (Doc. 6).

Defendant Unknown Party *Assistant Warden/Head of Internal Affairs, Lieutenant of Internal Affairs, Mail Room Supervisor, Health Care Administrator, 2 Mail Room Staff Members Male Nurse Practitioner and 2 Internal Affairs Officer and Director of Wexford Medical Sources* were dismissed with prejudice on September 16, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc.137).

Defendants C/O Fitzgerald, Jacqueline A. Lashbrook and Brian Miner were dismissed from this case on September 18, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 138).

Defendant Menard Warden was dismissed on July 8, 2016 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 207).

Defendant Jeff Korte was dismissed by the striking of the Amended Complaint on August 23, 2016 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 224).

Defendant John Baldwin was granted summary judgment on February 28, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 258).

Defendant Dr. Trost was dismissed on March 24, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 261).

**THEREFORE, IS ORDERED AND ADJUDGED** Judgment is entered in favor of Defendants Salvador Godinez, Dr. Trost, C/O Fitzgerald, Unknown Party *Assistant Warden/Head of Internal Affairs, Lieutenant of Internal Affairs, Mail Room Supervisor, Health Care Administrator, 2 Mail Room Staff Members, Male Nurse Practitioner and 2 Internal Affairs Officers and Director of Wexford Medical Sources,* Menard Warden, Jacqueline A. Lashbrook, Brian Miner, Jeff Korte and John Baldwin and against Plaintiff Durwyn Talley.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on February 8, 2017 (Doc. 259) and March 24, 2017 (Doc. 261) the remaining claim in the above-captioned action are **DISMISSED** with prejudice and without costs.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**Dated:** July 2, 2018

**Justine Flanagan, Acting Clerk of Court**

By: s//Angela Vehlewald
                                                              Deputy Clerk

Approved: s//Stephen C. Williams
          **STEPHEN C. WILLIAMS**
          **UNITED STATES MAGISTRATE JUDGE**